# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 1:17-CR-10045-STA |
| ROBERT CLARENCE HUNT, III, | |
| Defendant. | |

## ORDER ON MOTION TO SET CHANGE OF PLEA DATE

Upon motion of the defendant Robert Clarence Hunt, III to set a change of plea date, without objection from the Government, and for good cause shown, IT IS HEREBY ORDERED that a change of plea date will be set at the convenience of the Court.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

November 6, 2017
DATE