**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10045-STA |
| ROBERT CLARENCE HUNT, III, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

---

This cause came to be heard on November 9, 2017, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Robert Clarence Hunt, III, appearing in person, and with counsel, Matt Maddox.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, FEBRUARY 20, 2018 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 9th day of November, 2017.

　　　　　　　　　　　　　　　　　　　　s/ S. Thomas Anderson
　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE, U. S. DISTRICT COURT