**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | &#124; |
| | &#124; |
| Plaintiff, | &#124; |
| | &#124; |
| v. | &#124; Case No. 1:17-CR-10045-STA |
| | &#124; |
| ROBERT CLARENCE HUNT, III, | &#124; |
| | &#124; |
| Defendant. | &#124; |

**ORDER ON MOTION TO CONTINUE SENTENCING HEARING**

Upon motion of the defendant Robert Clarence Hunt, III to continue his sentencing hearing currently set for April 10, 2018, without objection from the Government, and for good cause shown, IT IS HEREBY ORDERED that the sentencing hearing be reset for **Monday, May 7, 2018 at 9:00 a.m.**

s/ S. Thomas Anderson
_____
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

4/9/2018
_____
DATE